UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

STEPHEN ISAKSEN,                          )
                                          )
                    Plaintiff,            )
                                          )      **JUDGMENT IN A**
v.                                        )      **CIVIL CASE**
                                          )      **CASE NO. 7:22-CV-153-D-KS**
UNITED STATES OF AMERICA,                 )
                                          )
                    Defendant.            )


**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT
PREJUDICE plaintiffs' complaint for failure to exhaust administrative remedies under
section 804(h) of the Camp Lejeune Justice Act.


<u>**This Judgment Filed and Entered on December 20, 2022, and Copies To:**</u>

Warren D. Postman                           (via CM/ECF electronic notification)

Zina Bash                                   (via CM/ECF electronic notification)

William Michael Dowling                     (via CM/ECF electronic notification)

Frederick Gaston Hall                       (via CM/ECF electronic notification)

John A. Bain                                (via CM/ECF electronic notification)


DATE:                                       PETER A. MOORE, JR., CLERK

December 20, 2022                           (By)  /s/ Nicole Sellers_____

                                            Deputy Clerk